**IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CARLOS SANCHEZ-DIAZ , and JEAN ) <br> CHAVEZ (GUZMAN) SANCHEZ, as Next ) <br> Friend for A.G., a Minor Plaintiff ) <br>  ) <br> Plaintiffs, ) <br> v. ) <br>  ) <br> KANSAS CITY POWER    , ) <br> & LIGHT COMPANY, ET AL., ) <br>  ) <br> Defendants. ) | Case No. 2:19-cv-02116-EFM-KGG |

## **JUDGMENT**

NOW ON THIS 23rd day of July, 2020, this cause comes on regularly to be heard, the minor plaintiff A.G. Minor A.G. appears in person and by his Next Friend and natural mother, JEAN CHAVEZ (GUZMAN) SANCHEZ and with their attorney of record. Trial by jury is expressly waived in open court and this cause is submitted to the Court upon the pleadings and evidence adduced. The Court now being fully advised finds that proposed settlement is fair and reasonable and should be approved:

A compromise settlement of all claims which Plaintiff has or may have against Defendants, their respective agents, assigns, servants, employees and representatives for the T sum of Fifty Thousand Seven Hundred and Fifty & NO/100 DOLLARS ($50,750.00). The aforementioned sum of $50,750.00 will be paid as follows:

To Sunflower Health Plan (Kansas Medicaid) in the amount of $658.20;

To Mount Everest Medical for a lien in the amount of $3,884.00;

To Traders Insurance Company for a PIP lien in the amount of $2,250.00;

To Penuel Counseling in the amount of $2,500.00;

To Hunter & Cassidy, LLC for litigation case expenses in the amount of $10,262.48;

  To Hunter & Cassidy LLC for Attorney's fees in the amount of $16,195.00 (40% of net recovery after deduction of case expenses);

  To Jean Chavez, as natural mother and Next Friend of Adan Guzman in the amount of $5,490.00 for parents' claim and to be allocated to buy minor a vehicle;

  To Jean Chavez, Next Friend of Adan Guzman in the amount of $9,510.32 for minors' claim to be allocated to a restricted bank account for minor.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proposed settlement is hereby approved, and that the next friend, having acknowledged the aforesaid payments in open court, shall execute a Release and Satisfaction of Judgment which is now ordered released and satisfied of record.

  IT IS FURTHERMORE ORDERED, ADJUDGED AND DECREED that the total payment of Nine Thousand, Five Hundred Ten and 32/100 DOLLARS ($9,510.32) shall be held in a restricted account for the sole benefit of the minor, A.G., until he reaches majority age of eighteen.

  IT IS SO ORDERED.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE