**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| CARLOS SANCHEZ DIAZ, and ) | |
| JEAN CHAVEZ (GUZMAN) SANCHEZ, ) | |
| as Next Friend and Natural Mother of ) | |
| A.G., a Minor, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02116-EFM-KGG |
| ) | |
| KANSAS CITY POWER AND LIGHT ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT**
**KANSAS CITY POWER & LIGHT COMPANY**

COME NOW Plaintiffs Carlos Sanchez Diaz and Jean Chavez (Guzman) Sanchez, as Next Friend and Natural Mother of A.G., a Minor, by and through their undersigned counsel, and Defendant Kansas City Power & Light Company (now known as Evergy Metro, Inc.), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a) announce to the Court they are agreeing to a stipulation for dismissal with prejudice of the above-captioned matter with respect to Plaintiffs' claims against Defendant Kansas City Power & Light Company, with Plaintiffs and Defendant each bearing her/his/its own costs.

With the filing of this Stipulation for Dismissal With Prejudice, all claims against all parties have been resolved and dismissed.

**WHEREFORE**, Plaintiffs and Defendant Kansas City Power & Light Company pray for an order of dismissal with prejudice of Defendant Kansas City Power & Light

Company (now known as Evergy Metro, Inc.), and the above-captioned and above-numbered civil action, in accordance with the aforesaid.

Respectfully submitted,

/s/ Scott A. Hunter
Scott A. Hunter            KS #18607
Dennis J. Cassidy          KS #18584
HUNTER & CASSIDY, LLC
Rivergate Business Center
600 Broadway Blvd., Suite 490
Kansas City, Missouri 64105
Telephone: (816) 421-1377
Facsimile: (816) 421-1833
E-Mail: dcassidy@huntercassidylaw.com
shunter@huntercassidylaw.com

***ATTORNEYS FOR PLAINTIFFS***

/s/ Nick J. Kurt
Nick J. Kurt, KS Bar No. 20225
Carson M. Hinderks, KS Bar No. 25079
**BERKOWITZ OLIVER LLP**
2600 Grand Blvd., Suite 1200
Kansas City, Missouri 64108
P: (816) 561-7007
F: (816) 561-1888
nkurt@berkowitzoliver.com
chinderks@berkowitzoliver.com

***ATTORNEYS FOR DEFENDANT KANSAS CITY POWER & LIGHT COMPANY***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of August, 2020, the above and foregoing was filed through the Court's CM/ECF system, which will automatically serve the foregoing to all counsel of record.

/s/ Scott A. Hunter